NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILIPS NORTH AMERICA, LLC,**
*Appellant*

**v.**

**FITBIT LLC, GARMIN INTERNATIONAL, INC., GARMIN LTD., GARMIN USA, INC.,**
*Cross-Appellants*

---

2022-1223, 2022-1224, 2022-1279

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2020-00783, IPR2020-00910.

---

## JUDGMENT

---

ELEY THOMPSON, Foley & Lardner LLP, Chicago, IL, argued for appellant. Also represented by RICHARD SPENCER MONTEI; GEORGE CHRISTOPHER BECK, Washington, DC, MATTHEW WAYNE PETERS, Milwaukee, WI, RUBEN JOSE RODRIGUES, Boston, MA.

DANIEL ZEILBERGER, Paul Hastings LLP, Washington, DC, argued for all cross-appellants. Cross-appellant Fitbit LLC also represented by NAVEEN MODI, STEPHEN BLAKE

KINNAIRD, ALEXA LOWMAN, JOSEPH PALYS.

ADAM PRESCOTT SEITZ, Erise IP, P.A., Overland Park, KS, for cross-appellants Garmin International, Inc., Garmin Ltd., Garmin USA, Inc. Also represented by JENNIFER C. BAILEY.

————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 6, 2023</u>          <u>/s/ Peter R. Marksteiner</u>
Date                  Peter R. Marksteiner
                      Clerk of Court